UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH LAUFER, Individually | : |
| Plaintiff(s), | : Case No. 1:20-cv-00487-LJV |
| v. | : |
| DIVERSE DEVELOPMENT CORP. | : |
| Defendant. | : |

### NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant(s).

Dated: September 30, 2020

/s/ Jonathan E. Staehr
Jonathan E. Staehr, Esq.
Of Counsel to Thomas B. Bacon, P.A.
336 Harris Hill Road, Ste. 18
Williamsville, NY 14221
Phone No. 716.631.7250
Fax No.: 716.929.3333
jstaehr@roadrunner.com